✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
11:43 am, Dec 08 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | |
| THE RESIDENCE LOCATED AT 5043 WRIGHT AVENUE, BALTIMORE, MARYLAND 21205 ("TARGET LOCATION #1") | 21-3239-ADC |
| | 21-3240-ADC |
| THE BODY OF MICHAEL LEE MCDONALD, ("TARGET LOCATION #2") | MISC NO. |
| | FILED UNDER SEAL |
| TOYOTA TUNDRA PICKUP TRUCK BEARING MARYLAND TAG 6DB5198, ("TARGET LOCATION #3"), | 21-3241-ADC |
| CHRYSLER PACIFICA MINIVAN BEARING MARYLAND TAG 5EG7122, ("TARGET LOCATION #4") | 21-3242-ADC |

## GOVERNMENT'S MOTION TO SEAL

The United States of America respectfully moves this Court for an order sealing the applications and affidavit submitted in connection with above-referenced search warrants and in support thereof states:

1. United States Magistrate Judge A. David Copperthite authorized search warrants upon:

    a. The residence located at 5043 Wright Avenue, Baltimore, Maryland 21205 ("**TARGET LOCATION #1**");

    b. The body of MICHAEL LEE MCDONALD ("**TARGET LOCATION #2**");

    c. Toyota Tundra pickup truck bearing Maryland Tag 6DB5198 ("**TARGET LOCATION #3**"); and

d. Chrysler Pacifica minivan bearing Maryland Tag 5EG7122 ("**TARGET LOCATION #4**").

2. The affidavit submitted in support of the above-referenced search warrants contains information regarding an ongoing investigation related to alleged violations of 18 U.S.C. § 922(g)(3) (Possession of Firearm by Prohibited Person), 21 U.S.C. § 844 (Possession of Illegal Controlled Substance), 26 U.C.S. § 7201 (Tax Evasion), and 26 U.S.C. § 7203 (Failure to File Tax Return).

3. Disclosure of the affidavit at this time could seriously jeopardize the investigation as it would reveal the existence and nature of the ongoing investigation to the target of the investigation, who may be unaware of the ongoing federal investigation or the fact that there is a sealed Indictment pending against him. Therefore, disclosure of the affidavit at this time would in all likelihood compromise the integrity of the investigation and could quite possibly jeopardize the outcome of the investigation.

4. To seal an affidavit for a search or arrest warrant, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004). The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id.* at 65. This motion and the Court's reasons for sealing should also be sealed. *Id.* Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents. *Id.*

WHEREFORE, the government respectfully requests that the above-referenced search warrants, applications and the supporting affidavit, along with this motion and the Court's reasons for sealing, if made express in the order, be placed under seal until further order of this Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Kathleen O. Gavin
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201