✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
11:42 am, Dec 08 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | |
| THE RESIDENCE LOCATED AT 5043 WRIGHT AVENUE, BALTIMORE, MARYLAND 21205 ("TARGET LOCATION #1") | 21-3239-ADC |
| THE BODY OF MICHAEL LEE MCDONALD, ("TARGET LOCATION #2") | 21-3240-ADC<br><br>MISC NO.<br><br>FILED UNDER SEAL |
| TOYOTA TUNDRA PICKUP TRUCK BEARING MARYLAND TAG 6DB5198, ("TARGET LOCATION #3"), | 21-3241-ADC |
| CHRYSLER PACIFICA MINIVAN BEARING MARYLAND TAG 5EG7122, ("TARGET LOCATION #4") | 21-3242-ADC |

## ORDER

For good cause shown upon motion of the United States of America, this _____ day of Novemberr, 2021 by the United States District Court for the District of Maryland, it is hereby ORDERED that the above-referenced search arrest warrants, applications and supporting affidavit, along with the government's motion to seal and this Order BE, and the same hereby are, SEALED pending further order of this Court.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the

United States Attorney's Office.

23 November 2021
DATE

_____
Honorable A. David Copperthite
UNITED STATES MAGISTRATE JUDGE