☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:55 am, Dec 23 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF SEARCHES OF:<br><br>THE RESIDENCE LOCATED AT 5043 WRIGHT AVENUE, BALTIMORE, MARYLAND 21205 ("TARGET LOCATION #1")<br><br>THE BODY OF MICHAEL LEE MCDONALD ("TARGET LOCATION #2")<br><br>TOYOTA TUNDRA PICKUP TRUCK BEARING MARYLAND TAG 6DB5198 ("TARGET LOCATION #3")<br><br>CHRYSLER PACIFICA MINIVAN BEARING MARYLAND TAG 5EG7122, ("TARGET LOCATION #4"). | Case Nos. 1:21-mj-3239 ADC<br>1:21-mj-3240 ADC<br>1:21-mj-3241 ADC<br>1:21-mj-3242 ADC |

*********

## MOTION TO UNSEAL SEARCH WARRANT APPLICATIONS AND AFFIDAVIT

The United States of America, by its undersigned attorneys, for the following reasons, moves this honorable Court for the entry of an order unsealing the search warrants, applications and affidavit in the above-referenced matter. The search warrants have been executed and there is no longer any need to maintain these documents under seal.

WHEREFORE, the government respectfully requests that the search warrants, applications and supporting affidavit be unsealed.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

By: /s/
Kathleen O. Gavin
P. Michael Cunningham
Assistant United States Attorneys
36 South Charles Street, Fourth Floor
Baltimore, MD 21201
(410) 209-4887

ORDERED as prayed this __23rd__ day of December, 2021.

*A.David Copperthite*
Honorable A. David Copperthite
United States Magistrate Judge